UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Luther Johnson, *pro se*,   Case No. 3:18-cv-331

    Plaintiff,

v.   JUDGMENT ENTRY

Lisa Peterson, et al.,

    Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, the motion of Defendants Lisa Peterson, Oscar Cataldi, Jr., and Robert Yochum for judgment on the pleadings, (Doc. No. 21), is granted. Further, I dismiss Plaintiff Johnson's claims against Defendant Perez pursuant to § 1915(e)(2)(B)(ii).

Defendants' motion for leave to take Johnson's deposition, (Doc. No. 20), is denied. Plaintiff's motions for discovery, (Doc. No. 17, Doc. No. 27, and Doc. No. 28), his objection to Defendants' motion for leave (Doc. No. 23), and his motion for appointment of counsel, (Doc. No. 22), are denied.

So Ordered.

    s/ Jeffrey J. Helmick
    United States District Judge