UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Luther Johnson, *pro se*,                                              Case No. 3:18-cv-331

        Plaintiff,

v.                                                                                      ORDER

Lisa Peterson, et al.,

        Defendants.


Plaintiff Luther Johnson has filed two motions.  The first is a motion to appeal in forma pauperis.  (Doc. No. 40).  "If [a] party was permitted to proceed in forma pauperis in the district court, the party may proceed on appeal in forma pauperis without further authorization unless the district court certifies in writing that an appeal would not be taken in good faith, or the party is not otherwise entitled to proceed as a pauper."  *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).  Johnson was permitted to proceed in forma pauperis in these district court proceedings and the record in this case does not reflect any reason why he is not otherwise entitled to proceed in the same manner on appeal.  Therefore, I grant Johnson's motion to appeal in forma pauperis.  (Doc. No. 40).

The second is a motion seeking to compel a ruling on his Rule 60(b) motion.  (Doc. No. 41).  I already ruled on Johnson's Rule 60(b) motion.  (*See* Doc. No. 39).  Therefore, I deny Johnson's motion to compel.  (Doc. No. 41).

While the docket reflects the Clerk's Office already has mailed a copy of that order to Johnson, I hereby order the Clerk to include another copy of that order when the Clerk mails a copy of this order to Johnson. Further, I hereby order the Clerk to notify the Sixth Circuit that all pending motions before me have been resolved. (*See* Doc. No. 37).

So Ordered.

s/ Jeffrey J. Helmick<br>
United States District Judge