IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Luther Johnson,                                        Case No. 3:18-cv-331

    Plaintiff,                                      Judge Jeffrey J. Helmick

vs.                                                    <u>STIPULATION OF DISMISSAL</u>
                                                       <u> WITH PREJUDICE</u>
Lisa Peterson, et al.,

    Defendant.


    The parties, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice.

                                 Respectfully submitted,


                                 */s/ Thomas A. Sobecki*
                                 Thomas A. Sobecki (0005210)
                                 405 Madison Avenue, Suite 910
                                 Toledo, Ohio 43604
                                 Telephone: 419-242-9908
                                 Fax: 419-242-9937
                                 E-mail: tsobecki@tomsobecki.com
                                 Attorney for Plaintiff

*/s/ Mindy Worly*
Mindy Worly (0037395)
Principal Assistant Attorney General
Criminal Justice Section, Corrections Unit
30 East Broad Street, 23rd Street
Columbus, Ohio 43215
Telephone: 614-728-0161
Fax: 866-474-4985
E-mail: Mindy.Worly@OhioAttorneyGeneral.gov
Attorney for Defendants

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge